# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case Nos. 11-cr-00199-DME/12-cv-00178-DME
Related Case: 11-cr-00022-DME/12-cv-00177-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARTIN HERRERA CRUZ,

       Defendant-Movant.

---

## ORDER

---

Having considered Defendant-Movant's Notice of Defendant-Movant's Appearance and Testimony at Evidentiary Hearing by Telephone (Doc. No. 41 in 11-cr-00199 and Doc. No. 44 in 11-cr-00022) and the Government's opposition thereto (Doc. No. 42 in 11-cr-00199 and Doc. No. 45 in 11-cr-00022), and having carefully considered this matter, the Court

ORDERS that the Defendant shall appear and testify by telephone at the evidentiary hearing scheduled in this matter on May 29, 2013 at 9:00 a.m.  The Defendant is required to be present by telephone for the entire hearing.  It will be the responsibility of the Defendant and his appointed counsel, Robert Berger, to make the necessary technical arrangements for this telephone appearance.  All other witnesses and counsel for both sides are expected to be present in the courtroom for their testimony.

DATED this  21st  day of May, 2013.

                                                BY THE COURT:

                                                *s/ David M. Ebel*

                                                David M. Ebel
                                                United States Circuit Judge