IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Nos. 11-cr-00199-DME / 12-cv-00178-DME
and 11-cr-00022-DME / 12-cv-00177-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN HERRERA CRUZ,

    Defendant.
_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with the Order Denying Relief Under 28 U.S.C. § 2255 entered by the Honorable David M. Ebel, U.S. Circuit Court Judge, on June 21, 2013, the following Final Judgment is hereby entered:

It is ORDERED that the Court DENIES Defendant's Motion [#20 in 11-cr-00199-DME, #26 in 11-cr-00022-DME]. It is

FURTHER ORDERED that the corresponding civil actions are closed.

Dated at Denver, Colorado this   24th   day of June, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk